In the Matter of GEORGE G. LAKE, as Assignee of BELLA KLEIN, Judgment-Creditor-Appellant, against CORNELIUS VANDERBILT, JR., Judgment Debtor; CENTRAL HANOVER BANK AND TRUST COMPANY, Third-Party Witness, Respondent, and UNITED STATES TRUST COMPANY, Third Party.

Submitted January 3, 1950; decided February 23, 1950.

*George G. Lake,* in person, for motion.

*John C. Hover* and *Peter C. McBean* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.